SEG

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| JENNIFER FINNERTY, Individually, and as Personal Representative of the ESTATE OF CULLEN FINNERTY,<br><br>                 Plaintiff,<br><br>  v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>                Defendant. | Case No.<br><br>Related Criminal Case:<br>*United States v. Dr. Michael Weiss*<br>Case No. 16-20268<br>U.S District Court<br>for the Eastern District of Michigan<br>Hon. Matthew F. Leitman<br><br>Originating Case:<br>*Jennifer Finnerty v. National Collegiate Athletic Association*<br>Case No. 49D01-1808-CT-033896<br>Marion County Superior Court<br>in the State of Indiana<br>Hon. Heather A. Welch |

R. David Hosp (admitted; BBO No. 634091)
Orrick, Herrington & Sutcliffe LLP
222 Berkeley Street, Suite 2000
Boston, MA 02116
dhosp@orrick.com

William F. Stute
Francesca Morency
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W.
Washington, DC 20005-1706
wstute@orrick.com
fmorency@orrick.com

*Counsel for Defendant National Collegiate Athletic Association*

1

## NATIONAL COLLEGIATE ATHLETIC ASSOCIATION'S PETITION TO OBTAIN <u>DEPOSITION OF MICHAEL WEISS, DO</u>

NOW COMES Petitioner National Collegiate Athletic Association ("NCAA") herein, by and through counsel, ORRICK, HERRINGTON & SUTCLIFFE LLP, and respectfully submits this action for leave to take the deposition of Michael Weiss, DO ("Dr. Michael Weiss"):

1.      Petitioner above is a Defendant in an underlying negligence case titled *Jennifer Finnerty v. NCAA*, which is pending before the Honorable Heather A. Welch in the Marion Superior Court in the State of Indiana ("Indiana State Court"), Case No. 49D01-1808-CT-033896.

2.      The action arises from the death of Mrs. Finnerty's husband, Cullen Finnerty, who died tragically in 2013 after being dropped off alone in the woods for a fishing trip and found days later.  Mr. Finnerty was known to have a substance abuse problem and to have taken opiates the day he disappeared.  (*See* Ex. 1, Complaint).  The opiates were prescribed to him by Dr. Michael Weiss.

3.      On October 26, 2016, in the U.S. District Court for the Eastern District of Michigan, Dr. Michael Weiss pled guilty to, *inter alia*, a felony charge in which he admitted that he unlawfully prescribed oxycodone pills to Mr. Finnerty and that his actions led to Mr. Finnerty's death in *United States v. Dr. Michael Weiss*, No. 16-20268.  (*See* Ex. 2, Dr. Weiss Rule 11 Plea Agreement (ECF No. 68)).  In that case, Dr. Michael Weiss was sentenced to 84 months imprisonment in a federal penitentiary.  (*See* Ex. 3, Judgment Order (ECF No. 86)).

4.      Petitioner has obtained leave of the Indiana State Court where this action is pending to take the deposition of Dr. Michael Weiss.  (*See* Ex. 4, Indiana State Court Order).

5.      Upon information and belief, Dr. Michael Weiss is being held at a Residential Reentry Center ("RRC") run by the Federal Bureau of Prisons and managed by the Residential Reentry Management Detroit field office in Milan, MI to serve out the remainder of his sentence

imposed in *United States v. Dr. Michael Weiss*, No. 16-20268.  The RRC remains confidential and

it is the NCAA's understanding that the parties will learn of the location once the NCAA's request

to depose Dr. Michael Weiss is granted.

      6.     Fed. R. Civ. P. 30(a)(2)(B) requires leave of the Court to obtain a deposition of an

individual confined by the Federal Bureau of Prisons.

      7.     Dr. Michael Weiss is a nonparty physician who may be liable for Mr. Finnerty's

death because he over-prescribed opiates to Mr. Finnerty.  On October 6, 2020, the Indiana State

Court allowed the NCAA to assert a nonparty defense against Dr. Michael Weiss to protect the

NCAA's right to present a defense and ensure the jury may equitably allocate any potential

monetary damages.  Thus, it is important for the NCAA to depose Dr. Michael Weiss about his

relationship with Mr. Finnerty to develop and assert this nonparty defense.

      8.     Accordingly, Petitioner now seeks leave of this Court to obtain the deposition of

Dr. Michael Weiss at the RRC facility in which he is confined at a time convenient to all parties.

      WHEREFORE the NCAA respectfully requests this Honorable Court enter an Order

granting leave to take the deposition of Michael Weiss, DO.

Respectfully Submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

*/s/ R. David Hosp*

R. David Hosp (admitted; BBO No. 634091)
222 Berkeley Street, Suite 2000
Boston, MA 02116
Telephone: (617) 880-1800
dhosp@orrick.com

William F. Stute
Francesca Morency
1152 15th Street, N.W.
Washington, DC 20005-1706
Telephone: (202) 339-8400
wstute@orrick.com
fmorency@orrick.com

*Counsel for National Collegiate Athletic
Association*

Dated: December 30, 2020

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2020 a copy of the foregoing was served on the

following counsel of record via first class mail and electronic mail.


Robert Dassow
Tyler Zipes
HOVDE DASSOW & DEETS, LLC
10201 North Illinois Street, Suite 500
Indianapolis, IN 46290
*Rdassow@hovdelaw.com*
*tzipes@hovdelaw.com*

Eugene R. Egdorf
SHRADER & ASSOCIATES, LLP
9 Greenway Plaza #2300
Houston, TX 77046
*gene@shraderlaw.com*


                                        */s/ R. David Hosp_____*
                                        Francesca Morency


4