# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JENNIFER FINNERTY, Individually, and as Personal Representative of the ESTATE OF CULLEN FINNERTY,<br><br>      Plaintiff,<br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION,<br><br>      Defendant. | Case No. 20-51574<br>Hon. Denise Page Hood<br><br>Related Criminal Case:<br>*United States v. Dr. Michael Weiss*<br>Case No. 16-20268<br>U.S District Court<br>for the Eastern District of Michigan<br>Hon. Matthew F. Leitman<br><br>Originating Case:<br>*Jennifer Finnerty v. National Collegiate Athletic Association*<br>Case No. 49D01-1808-CT-033896<br>Marion County Superior Court<br>in the State of Indiana<br>Hon. Heather A. Welch |

## ORDER GRANTING PETITION TO OBTAIN
## DEPOSITION OF MICHAEL WEISS, DO

This matter comes before the Court on Petitioner National Collegiate Athletic Association's ("NCAA") Petition to Obtain Deposition of Michael Weiss, DO ("Dr. Michael Weiss"). The Court, having considered the Petition and being duly advised in the premises, it is this 4th day of January, 2021, hereby

**ORDERED** that the NCAA's Petition for leave to take the deposition of Michael Weiss, DO, a confined person, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), is **GRANTED**;

**IT IS FURTHER ORDERED** that the NCAA may serve the Indiana State Court Order, attached as Exhibit 4 to NCAA's Petition to Obtain Deposition of Michael Weiss, DO, on the Federal Bureau of Prisons and/or staff of Residential Reentry Management Detroit in order to

1

2

request that Dr. Michael Weiss is made available for deposition.

Dated:  January 4, 2021

               *s/Denise Page Hood*
               *United States District Judge*

Distribution:

All Counsel of Record